UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>         Plaintiff,<br><br>     v.<br><br>A LA PLAYA NEXT STOP INCORPORATED, doing business as "French Camp Sports Café", et al.,<br><br>         Defendants. | No.  2:15-cv-2092 DB<br><br><br>ORDER |

      On September 27, 2016, the court issued an order setting this matter for a Status (Pretrial Scheduling) Conference on October 21, 2016.  (ECF No. 10.)  However, on October 12, 2016, plaintiff filed a notice of settlement and a request for a grant of 60 days to file dismissal documents.  (ECF No. 11.)

      Accordingly, IT IS HEREBY ORDERED that:

      1. The October 21, 2016 Status (Pretrial Scheduling) Conference is vacated; and

      2. Plaintiff shall file dismissal documents within 60 days of the date of this order.

Dated:  October 13, 2016

                                                 DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.consent\hopson2092.dism.docs.ord