DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

CRIS VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
7207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br>  PLAINTIFF, <br><br>  v. <br>**A LA PLAYA NEXT STOP INCORPORATED**, doing business as "French Camp Sports Cafe", **CANADA COVE LIMITED LIABILITY COMPANY**, and DOES 1-10, inclusive, <br><br>  DEFENDANTS. | No. 2:15-cv-02092-DB <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, or in pro per, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their

STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: November 14th 2016.                               /s/Daniel Malakauskas
                                                         By: Daniel Malakauskas,
                                                         Attorney for Plaintiff

Dated:  November 14th, 2016                         /s/Cris Vaughan
                                                         By; Cris Vaughan,
                                                         Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  November 16, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders.consent\hopson2092.stip.dism

STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

2